IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CV-207-FL

| | |
|---|---|
| MIKE AND JO ALLISON STRICKLAND, individually and JO ALLISON STRICKLAND as Next Friend for SARAH STRICKLAND, a minor,<br>    Plaintiffs,<br><br>v.<br><br>TINA JACKSON, individually and as an employee of the City of Clinton, North Carolina; and the CITY OF CLINTON, NORTH CAROLINA,<br>    Defendants. | ORDER FOR SUBSTITUTION<br>OF PARTY PLAINTIFF |

The current Plaintiff JO ALLISON STRICKLAND in her capacity as Next Friend for SARAH STRICKLAND, has moved pursuant to Rule 25 of the Federal Rules of Civil Procedure to have Sarah Strickland substituted into the case individually and directly as a party Plaintiff, in place of Jo Allison Strickland in her capacity as Next Friend, on the ground that Sarah Strickland has reached the age of majority during the pendency of this action. The Defendants have consented and good cause has been shown. It is therefore ordered that Sarah Strickland is hereby substituted as a party Plaintiff, in place of Jo Allison Strickland as Next Friend for Sarah Strickland. Sarah Strickland shall henceforth prosecute her claims directly and individually, and Jo Allison Strickland shall remain an individual Plaintiff in prosecution of her own claims, and the caption of this action shall henceforth reflect this substitution.

SO ORDERED this 12th day of December, 2012.

*Louise W. Flanagan*
Louise W. Flanagan
United States District Court Judge